IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alashae Crawford,

    Plaintiff(s),

vs.

Chipotle Mexican Grill,

    Defendant(s).

Case Number: 1:15cv694

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 26, 2017 a Report and Recommendation (Doc. 34). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 37) and defendant filed a response to the objections (Doc. 38).

A hearing was held before the Court on the Report and Recommendation on March 14, 2018. The Court has considered this case based on the hearing and upon review of the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 26) is GRANTED. Plaintiff's complaint is DISMISSED with prejudice. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court